United States District Court for the Second (2nd) Circuit

Tyrone Hut
(ie: Haines v. Kenney, 1972)
311 Kentucky Ave. S.E.
#2; W.D.C., 20003
(202) 393-6251

                                        Plaintiff

                    and
VM. Constitution, (1685) (1775)
(ie: Haines v. Kenney, 1972)

                    and
The American College Dictionary
                    Intervenor,

                    and
Mr. Norwood Hunter
Executive Director
Foods + Water, W. W.
1616 P Street, N.W.
Suite 480; W.D.C., 20036,
(ie: Haines v. Kenney, 1972)

                    and
The American people as American
(citizen)
(ie: Haines v. Kenney, 1972)

RECEIVED
SDNY PRO SE OFFICE
2022 MAY 25  PM 2:29

Civil
Action
No.

(2)

International Court to Justice - (1946)!
International Criminal Court - (1946)!
(Hague, Netherlands)

Mr. Charles Koch, corporation, ubs et al.,

United States to America,

Complaint

1. Jurisdiction to this Honorable Court pursuant to Title 42, Section 1983, U.S.C., Title 28, Section 1330, U.S.C., Title 28, Section 1331 & 1332, U.S.C., Title 28, Section 1975, U.S.C.

2. The amount in controversy exceeds $75,000.00 Dollars exclusive to interest and costs.

3. I demand a trial by a jury on all the issues in this case.

4. I am a citizen to the U.S.C., and to the U.S.A.

Statement to the Facts to the Case
Memorandum to Law

1. The Plaintiff respectfully states that to this Honorable Court to feel Fifth (5th), Eighth (8th) and Fourteenth (14th) Amendments Rights to the U.S. Constitution, (1655) (1773)

(3)

and to "self" human rights to humanitarian issues, inasmuch, as said legislative branch to government, and its members, in deciding through the vote to the registered voters of the American people, are elected to serve the American people — pursuant to Article I, section 1, to the U.S. Constitution (1658-) (1775-) (as its "sole") II, to run for public office, duly to their own wishes) so, therefore, said Defendants, to Gen. Charles Koch, and corporation, et al., in their attempts, and ettortor to destroy food + water, etc., against the American people to this nation, II, quite miserable, in violation to the Eighth (8th.) amendment Rights to the U.S. Constitution (1658-) (1775-) and in violation to the Fifth (5th.) and Fourteenth (14th.) amendment Rights to the U.S. Constitution (1658-) (1775-) do, and upon all American, lodges within this nation, III, therefore, said plaintiff, call upon, the immediate, urgency, to the intervention, to the ICT (1946-) (Hague, netherlands) to commit aggression and crimes against humanity, against said Defendants, et al., to put Charles Koch and corporation, et al., on U.S. Constitution (1658-) (1775-) violators, within the United States to America, and to put places into permanent exile, expellments and expulsion from this nation.

Motion to proceed in forma pauperis, pursuant to Title 28, section 1915, U.S.C.

Comes now, Tyrone Hurt, the plaintiffs, and respectfully moves the Honorable, U.S. District for the

(3)

moves (the) court for leave to proceed _in_ forma pauperis, pursuant to Title 28, Section 1915, U.S.C.

1. The plaintiff respectfully states that because to my prosecution that I am unable to pre-pay the said costs or fees for the filing of the foregoing complaint, and that said plaintiff to be allowed are permitted to proceed _in forma pauperis_, pursuant to Title 45, Section 1915, U.S.C.

## Memorandum to Law

1. See: U.S. Constitution, (1658) (1775-)!
   See: Title 28, Section 1915, U.S.C.!
   See: The American College Heritage Dictionary meaning, definitions:
   See: Black's Law Dictionary, (2009-)!
   See: International Criminal Court, (1946)
   (Hague, Netherlands):

## Relief

1. The plaintiff seeks said elimination to said Clan Charles Koch, and his corporations _abroad_, to U.S. Constitutional, (1658-) (1775-) violations, and human rights restrictions placed upon all American-Indians within this nation. The plaintiff seeks one (1) trillion dollars in punitive and monetary damages against said Defendants, _et. al._

(4)

Attempts to private

pursuant to Title 28

section 1915, U.S.C.

I, Tyrone Hurt, the plaintiff and respectfully states that because of my poverty, that I am unable to pre-pay the 1910 costs or fees for the filing to the foregoing complaint; that I am unable to give security for the same; that I believe that I am entitled to the redress that I now seek.

Arbitration to review

I, Tyrone Hurt the plaintiff, and respectfully states that I have upon this ___18___ day of April 22, have put the foregoing complaint, to the U.S. District Ct for the second (2nd) Circuit to make review upon the Attn. for the defendants, et al.

Respectfully submitted,

§ _____
(Plaintiff, pro-se)
(Tyrone J. Hurt 1973)

# OUR VISION

We are working to create a healthy future for all people and generations to come — a world where everyone has food they can trust, clean drinking water and a livable climate. Making this happen requires involving people in the pressing issues of our time at the local, state and federal level, building on one win after another, as we develop a larger movement that has the political power to make our democratic process work.

# OUR VALUES

## WE BELIEVE IN ...

**HEALTHY AND LIVABLE ENVIRONMENT** —- We all deserve to live in a world free of pollution and its impacts on our health and the natural environment.

**HUMAN DIGNITY** — All people should be treated with respect and have their basic needs met to survive and thrive.

**JUSTICE FOR ALL** —- All people deserve systematic, fair treatment. We want equitable opportunities and outcomes for all.

**ECONOMIC FAIRNESS** — Our economic system should be designed to benefit the many, not the few.

**REAL DEMOCRACY** — In our democ- elected officials should represe- constituents, not corpo- people should l- Corporat-



## ARE THEY FRA
## YOUR DRINKING





