UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYRONE HURT,

                Plaintiff,

-against-

U.S. CONSTITUTION, et al.,

                Defendants.

22-CV-4395 (LTS)

CIVIL JUDGMENT

    Pursuant to the order issued May 27, 2022, dismissing the complaint without prejudice,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice pursuant to the October 11, 2013 order in *Hurt v. D.C. Bd. of Parole*, No. 13-CV-5365 (LAP) (S.D.N.Y. Oct. 11, 2013).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  May 27, 2022
           New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge