# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_Tyrone Hurt_

_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

_Linn Constitution, et al._

_____

(List the full name(s) of the defendant(s)/respondent(s).)

22 CV 4545 (LT )(  )

NOTICE OF APPEAL
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/22

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: _Tyrone Hurt_

_____

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☐ judgment ☑ order entered on: _5/27/22_

_____

(date that judgment or order was entered on docket)

that: _order to dismissal_

_____

(If the appeal is from an order, provide a brief description above of the decision in the order.)

_6/4/22_
Dated

Signature _Tyrone Hurt_

Name (Last, First, MI) _Hurt, Tyrone (male)_

Address _317 Kentucky Ave. S.E._  City _#1, W.D.C._  State  Zip Code _20003_

Telephone Number _(202) 390-6251_

E-mail Address (if available) _317 Kentucky Ave. S.E. #21 W.D.C 20003_

_____

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

_Tyrone Hurt_

_22_ CV _4395_ (FTJ)(    )

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

_US Constitution, Cet. Al._

**MOTION FOR LEAVE TO
PROCEED IN FORMA
PAUPERIS ON APPEAL**

(List the full name(s) of the defendant(s)/respondent(s).)

I move under Federal Rule of Appellate Procedure 24(a)(1) for leave to proceed *in forma pauperis* on appeal. This motion is supported by the attached affidavit.

_6/4/22_
Dated

_Tyrone Hurt_
Signature

_Hurt, Tyrone_
Name (Last, First, MI)

_317 Kentucky Ave. S.E._   _#2_  _W.D.C.,_  _20003_
Address                    City   State      Zip Code

_(202) 390-6251_
Telephone Number

_317 Kentucky Ave. S.E. #2!_
_W.D.C._
_20003_
E-mail Address (if available)

Rev. 12/23/13

# Application to Appeal In Forma Pauperis

Tyrone Hart _____ v. _Con Institution, d.h._ Appeal No. _____

District Court or Agency No. _22-cv-4395-n-TU_

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: _Tyrone Hart_ | Date: _04/4/22_ |

My issues on appeal are: (required): _Whether the court erred in the part to start in Dismissing the comp/aint/ claims where to its discretion and has acted inconsistent with the ___ (including ____)_

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| $.$.$.$/$o/m. | You | Spouse | You | Spouse |
| Employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Self-employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Income from real property (such as rental income) | $ N/A | $ N/A | $ N/A | $ N/A |

- 1 -

| | | | | |
|---|---|---|---|---|
| Interest and dividends | $ N/A | $ N/A | $ N/A | $ N/A |
| Gifts | $ N/A | $ N/A | $ 841.00 | $ N/A |
| Alimony | $ N/A | $ N/A | $ 841.00 | $ N/A |
| Child support | $ N/A | $ N/A | $ 841.00 | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $ N/A | $ N/A | $ 841.00 | $ N/A |
| Disability (such as social security, insurance payments) | $ 841.00 | $ N/A | $ 841.00 | $ N/A |
| Unemployment payments | $ N/A | $ N/A | $ 841.00 | $ N/A |
| Public-assistance (such as welfare) | $ N/A | $ N/A | $ 841.00 | $ N/A |
| Other (specify): | $ N/A | $ N/A | $ 841.00 | $ N/A |
| **Total monthly income:** | $ 0 841.00 | $ 0 N/A | $ 0 841.00 | $ 0 N/A |

2. *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | 5/1996 to 6/22 | $841.00 |
| | | | $ |
| | | | $ |

3. *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | $ N/A |
| | | | $ |
| | | | $ |

4. *How much cash do you and your spouse have? $2·00*

*Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | N/A | $ N/A | $ N/A |
| | | $ | $ |
| | | $ | $ |

***If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.***

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $ N/A | (Value) $ N/A | (Value) $ N/A |
| | | Make and year: |
| | | Model: |
| | | Registration #: N/A |

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ N/A | (Value) $ N/A | (Value) $ N/A |
| Make and year: | | |
| Model: | | |
| Registration #: N/A | | |

6.    *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| S.S. Adm. | $ 841.00 per mt. | $ N/A |
|  | $ | $ |
|  | $ | $ |
|  | $ | $ |

7.    *State the persons who rely on you or your spouse for support.*

| Name [or, if a minor (i.e., underage), initials only] | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |
|  |  |  |
|  |  |  |

8.    *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) Are real estate taxes included? ☐ Yes ☑ No Is property insurance included? ☐ Yes ☑ No | $ N/A | $ N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ N/A | $ N/A |
| Home maintenance (repairs and upkeep) | $ provided | $ N/A |
| Food | $ S.S.li | $ N/A |
| Clothing | $ S.S.li | $ N/A |
| Laundry and dry-cleaning | $ S.S.li | $ N/A |
| Medical and dental expenses | $ medicare | $ N/A |

| | | |
|---|---|---|
| Transportation (not including motor vehicle payments) | $ *publ. trn* | $ *N/A* |
| Recreation, entertainment, newspapers, magazines, etc. | $ *N/A* | $ *N/A* |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|     Homeowner's or renter's: | $ *N/A* | $ *N/A* |
|     Life: | $ *N/A* | $ *N/A* |
|     Health: | $ *medicaid* | $ *N/A* |
|     Motor vehicle: | $ *mtr. pul* | $ *N/A* |
|     Other: | $ *N/A* | $ *N/A* |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ *N/A* | $ *N/A* |
| Installment payments | | |
|     Motor Vehicle: | $ *mtr. pul* | $ *N/A* |
|     Credit card (name): | $ *N/A* | $ *N/A* |
|     Department store (name): | $ *N/A* | $ *N/A* |
|     Other: | $ *N/A* | $ *N/A* |
| Alimony, maintenance, and support paid to others | $ *N/A* | $ *N/A* |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ *N/A* | *N/A* |
| Other (specify): | $ *N/A* | $ *N/A* |
| **Total monthly expenses:** | $ 0 *N/A* | $ 0 *N/A* |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

    ☐ Yes    ☑ No    If yes, describe on an attached sheet.

10. *Have you spent — or will you be spending — any money for expenses or attorney fees in connection with this lawsuit?* ☐ Yes ☑ No

    *If yes, how much?* $ _____

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

That I declare to my privately, that I am unable to pre-pay the filing or other fees for the filing to the foregoing actions, that I am unable to give security for the same.

12. *Identify the city and state of your legal residence.*

City __W.D.C.__ State __D.C.__

Your daytime phone number: __(202) 390-6251__

Your age: __76__ Your years of schooling: __12th + beyond__

Last four digits of your social-security number: __7958__

Tyrone Hurt
317 Kentucky Ave. SE Apt. 2
Washington, DC 20003

(202) 390-6251

UNITED STATES
POSTAL SERVICE®

1000

10007

U.S. POSTAGE PAID
FCM LG ENV
WASHINGTON, DC
20009
JUN 07 22
AMOUNT
**$2.76**
R2305H130366-08

SDNY
APPEALS
Pro Se

EN



To: Clerk of the Court
Chief Judge
United States Court of Appeals
For the Southern District of
New York?
At: 500 Pearl Street,
New York, N.Y.
10007

RECEIVED
JUN 09 2022
CLERK'S OFFICE
S.D.N.Y.