**MANDATE**

22-cv-4395(LTS)

# UNITED STATES COURT OF APPEALS
## FOR THE
### SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of June, two thousand twenty-two,

Tyrone Hurt,

        Petitioner,

v.

U.S. Constitution, The American College Dictionary, Ms. Wenonah Hauter, Executive Director of Food & Water, The American People as American Citizens, International Court of Justice, International Criminal Court, Mr. Charles Koch, Corporation, United States of America,

        Respondent.

**ORDER**
Docket No. 22-1293

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: Sep 27 2022

On October 13, 2015 this Court entered an order in Hurt v. United States Secret Service, 15-1526 requiring appellant to file a motion seeking leave of this Court prior to filing any future appeals.

A notice of appeal in the above referenced case was filed. The Court has no record that appellant sought the Court's permission to appeal prior to filing the notice of appeal.

IT IS HEREBY ORDERED that this case is dismissed effective July 06, 2022 unless a motion seeking leave of this Court is filed by that date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 09/27/2022**